NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
## DIVISION ONE

STATE OF ARIZONA, *Respondent,*

*v.*

TORRENCE E. DAVIS, *Petitioner.*

No. 1 CA-CR 20-0359 PRPC

FILED 2-9-2021

Appeal from the Superior Court in Maricopa County
No. CR2016-135082-001
The Honorable Christopher A. Coury, Judge

**REVIEW GRANTED; RELIEF DENIED**

APPEARANCES

Maricopa County Attorney's Office, Phoenix
By Robert E. Prather
*Counsel for Respondent*

Torrence E. Davis, San Luis
*Petitioner*

---

**MEMORANDUM DECISION**

Presiding Judge D. Steven Williams, Judge Jennifer B. Campbell and Judge James B. Morse Jr. delivered the following decision of the Court.

---

**PER CURIAM**:

¶1          Petitioner Torrence E. Davis seeks review of the superior court's order denying his petition for post-conviction relief, filed pursuant to Arizona Rule of Criminal Procedure 32.1. This is petitioner's first petition.

¶2          Absent an abuse of discretion or error of law, this court will not disturb a superior court's ruling on a petition for post-conviction relief. *State v. Gutierrez*, 229 Ariz. 573, 577, ¶ 19 (2012). It is petitioner's burden to show that the superior court abused its discretion by denying the petition for post-conviction relief. *See State v. Poblete*, 227 Ariz. 537, 538 ¶ 1 (App. 2011) (petitioner has burden of establishing abuse of discretion on review).

¶3          We have reviewed the record in this matter, the superior court's order denying the petition for post-conviction relief, the petition for review, response and reply. The petitioner has failed to show an abuse of discretion.

¶4          For the foregoing reasons, this court grants review but denies relief.

